IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
IN RE:                              :
                                    :
DVI INC., et al.,                   : Bankruptcy Case 03-12656 (MFW)
                                    :
        Debtors.                    :
_____:_____
OFFICIAL COMMITEE OF UNSECURED      :
CREDITORS OF DVI BUSINESS           :
CREDIT CORPORATION, DVI INC.        :
and DVI FINANCIAL SERVICES, INC     :
                                    :
        Appellants,                 :
                                    :
    v.                              : Civil Action No. 04-0164 JJF
                                    :
U.S. BANK NATIONAL ASSOCIATION,     :
formerly known as First Trust       :
National Association as             :
trustee, et al.,                    :
                                    :
        Appellees.                  :
```

## O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was filed on March 16, 2004;

WHEREAS, the Appellant's Brief was due on March 31, 2004;

WHEREAS, no briefing has been filed to date;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule:

1) Appellants' Opening Brief must be served and filed by **Monday, May 16, 2005**.

2) Appellees' Answering Brief must be served and filed by **Wednesday, June 1, 2005**.

3) Appellants' Reply Brief must be served and filed by

Monday, June 13, 2005.

April 28, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE