IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
|    DVI, INC., et al., | : |
| | : |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI BUSINESS CREDIT CORPORATION, DVI INC., and DVI FINANCIAL SERVICES, INC., | : |
| v. | : Civil Action No. 04-164-JJF |
| U.S. BANK NATIONAL ASSOCIATION, | : |
|    Defendant. | : |

## O R D E R

WHEREAS, an Order (D.I. 8) was entered on April 28, 2005 setting forth a briefing schedule in the above-captioned appeal and requiring briefing to be completed on June 13, 2005;

WHEREAS, neither party has filed any briefing in this case;

NOW THEREFORE, IT IS HEREBY ORDERED this 22 day of July 2005 that the parties shall advise the Court of the status of this action no later than **Thursday, August 4, 2005.**

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE