UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DVI, INC., *et al.*<br><br>           Debtors.<br>_____<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI INC., *et. al.*, on behalf of DVI INC., *et. al.*,<br><br>           Plaintiff,<br><br>    - against -<br><br>U.S. BANK NATIONAL ASSOCIATION, f/k/a FIRST TRUST NATIONAL ASSOCIATION, as trustee, NOMURA CREDIT & CAPITAL, INC., FAIRWAY FINANCE CORPORATION, and HARRIS NESBITT CORP. a/k/a BMO Nesbitt Burns Corp.,<br><br>           Defendants. | Chapter 11<br><br>Case Nos. 03-12656 through 03-12658<br><br>(Jointly Administered)<br><br><br>Adv. Pro. No. 03-59022<br><br><br><br>**C.A. No. 04-0164 (JJF)** |

## STIPULATION OF DISMISSAL OF APPEAL

**IT IS HEREBY STIPULATED** by and between the parties to this Action, pursuant to Federal Rules of Bankruptcy Procedure 8001(c)(2) and through their undersigned counsel, that the Appeal be dismissed.

**STIPULATED AND AGREED:**

MONZACK and MONACO, P.A.

By: /s/ Francis A. Monaco
Francis A. Monaco, Jr. (#2078)
1201 Orange Street, Ste. 400
Wilmington, DE 19801
T: (302) 656-8162
fmonaco@monlaw.com

Document #45544v2

-and-
ANDERSON KILL & OLICK PC
Michael Venditton, Esq.
1251 Avenue of the Americas
New York, NY 10020
T: (212) 278-1000
mvenditto@andersonkill.com

Attorneys for the Liquidating Trustee


**WOLF BLOCK SCHORR & SOLIS-COHEN**

By:_____
Todd C. Schiltz (#3253)
1100 North Market Street, Ste. 1001
Wilmington, DE 19801
T: (302) 778-0312
tschiltz@wollfblock.com

-and-

CHAPMAN and CUTLER LLP
Franklin H. Topp, III, Esq.
111 West Monroe Street
Chicago, IL 60603

Attorneys for U.S. Bank National Association


**LANDIS RATH & COBB LLP**

_____
Richard S. Cobb (#3157)
919 Market Street, Ste. 600
Wilmington, DE 19801
T: (302) 467-4400
cobb@lrclaw.com
Attorneys for Nomura Credit & Capital Inc. and XL Capital Assurance, Inc.

-and-

Document # 45544                                   2

-and-
ANDERSON KILL & OLICK PC
Michael Venditton, Esq.
1251 Avenue of the Americas
New York, NY 10020
T: (212) 278-1000
mvenditto@andersonkill.com

Attorneys for the Liquidating Trustee


**WOLF BLOCK SCHORR & SOLIS-COHEN**

By: /s/ Todd C. Schiltz
Todd C. Schiltz (#3253)
1100 North Market Street, Ste. 1001
Wilmington, DE 19801
T: (302) 778-0312
tschiltz@wollfblock.com

-and-

CHAPMAN and CUTLER LLP
Franklin H. Topp, III, Esq.
111 West Monroe Street
Chicago, IL 60603

Attorneys for U.S. Bank National Association


**LANDIS RATH & COBB LLP**


_____
Richard S. Cobb (#3157)
919 Market Street, Ste. 600
Wilmington, DE 19801
T: (302) 467-4400
cobb@lrclaw.com
Attorneys for Nomura Credit & Capital Inc. and XL Capital Assurance, Inc.

-and-

Document # 45544                              2

**KLETT ROONEY LIEBER & SCHORLING**

_____
Teresa K.D. Currier (#3080)
1000 West Street, Ste. 1410
Wilmington, De 19801
T: (302) 552-4200
currier@klettrooney.com
Attorneys for Harris Nesbitt Corporation and Fairway Finance Corporation

    -and-

**MAYER BROWN ROWE & MAW LLP**
Thomas Kiriakos, Esq.
190 South LaSalle Street
Chicago, IL 60603
Attorneys for Harris Nesbitt Corporation



It is so **ORDERED** this _____ day of _____, 2005.


_____
Joseph J. Farnan, United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **DVI, INC.**, *et al*. | Case Nos. 03-12656 through 03-12658 |
| **Debtors.** | (Jointly Administered) |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI INC.**, *et. al*., on behalf of DVI INC., *et. al*., | Adv. Pro. No. 03-59022 |
| **Plaintiff,** | C.A. No. 04-0164 (JJF) |
| - against - | |
| **U.S. BANK NATIONAL ASSOCIATION, f/k/a FIRST TRUST NATIONAL ASSOCIATION,** as trustee, **NOMURA CREDIT & CAPITAL, INC., FAIRWAY FINANCE CORPORATION,** and **HARRIS NESBITT CORP.** a/k/a BMO Nesbitt Burns Corp., | |
| **Defendants.** | |

### CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that on July 26, 2005, I caused service of the foregoing Stipulation of Dismissal of Appeal on the following parties in the manner indicated:

**VIA Electronic Mail**

    Franklin H. Topp, III, Esq.
    Chapman and Cutler, LLP
    111 West Monroe Street
    Chicago, IL 60603

    Debra A. Dandeneau, Esq.
    Weil Gotshal & Manges
    767 Fifth Avenue
    New York, NY 10153

Document #: 45534

Todd C. Schiltz, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Raymond Howard Lemisch
Adelman Lavine Gold and Levin, PC
919 N. Market Street, Suite 710
Wilmington, DE 19801

David Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Richard Scott Cobb
Landis Rath & Cobb LLP
919 Market
Suite 600
Wilmington, DE 19801

Teresa K. D. Currier
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE 19801

Thomas Kiriakos
Mayer, Brown, Rowe & Maw, L.L.P.
190 South LaSalle Street
Chicago, IL 60603-3441

Dated:  July 26, 2005              _/s/ Heidi E. Sasso_____
                                        Heidi E. Sasso

Document #: 45534