UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DVI, INC., et al.,<br><br>Debtors.<br><br>---<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI INC., et. al., on behalf of DVI INC., et. al.,<br><br>Plaintiff,<br><br>- against -<br><br>U.S. BANK NATIONAL ASSOCIATION, f/k/a FIRST TRUST NATIONAL ASSOCIATION, as trustee, NOMURA CREDIT & CAPITAL, INC., FAIRWAY FINANCE CORPORATION, and HARRIS NESBITT CORP. a/k/a BMO Nesbitt Burns Corp.,<br><br>Defendants. | Chapter 11<br><br>Case Nos. 03-12656 through 03-12658<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 03-59022<br><br>**C.A. No. 04-0164 (JJF)** |

## STIPULATION OF DISMISSAL OF APPEAL

**IT IS HEREBY STIPULATED** by and between the parties to this Action, pursuant to Federal Rules of Bankruptcy Procedure 8001(c)(2) and through their undersigned counsel, that the Appeal be dismissed.

**STIPULATED AND AGREED:**

MONZACK and MONACO, P.A.

By: /s/ Francis A. Monaco
Francis A. Monaco, Jr. (#2078)
1201 Orange Street, Ste. 400
Wilmington, DE 19801
T: (302) 656-8162
fmonaco@monlaw.com

Document #45544v2

    -and-
ANDERSON KILL & OLICK PC
Michael Venditton, Esq.
1251 Avenue of the Americas
New York, NY 10020
T: (212) 278-1000
mvenditto@andersonkill.com

Attorneys for the Liquidating Trustee


**WOLF BLOCK SCHORR & SOLIS-COHEN**

By:_____
Todd C. Schiltz (#3253)
1100 North Market Street, Ste. 1001
Wilmington, DE 19801
T: (302) 778-0312
tschiltz@wollfblock.com

    -and-

CHAPMAN and CUTLER LLP
Franklin H. Topp, III, Esq.
111 West Monroe Street
Chicago, IL 60603

Attorneys for U.S. Bank National Association


**LANDIS RATH & COBB LLP**

By:_____
Richard S. Cobb (#3157)
919 Market Street, Ste. 600
Wilmington, DE 19801
T: (302) 467-4400
cobb@lrclaw.com
Attorneys for Nomura Credit & Capital Inc. and XL Capital Assurance, Inc.

    -and-

-and-

ANDERSON KILL & OLICK PC
Michael Venditton, Esq.
1251 Avenue of the Americas
New York, NY 10020
T: (212) 278-1000
mvenditto@andersonkill.com

Attorneys for the Liquidating Trustee


**WOLF BLOCK SCHORR & SOLIS-COHEN**

By: _____
Todd C. Schiltz (#3253)
1100 North Market Street, Ste. 1001
Wilmington, DE 19801
T: (302) 778-0312
tschiltz@wollfblock.com

-and-

CHAPMAN and CUTLER LLP
Franklin H. Topp, III, Esq.
111 West Monroe Street
Chicago, IL 60603

Attorneys for U.S. Bank National Association


**LANDIS RATH & COBB LLP**


_____
Richard S. Cobb (#3157)
919 Market Street, Ste. 600
Wilmington, DE 19801
T: (302) 467-4400
cobb@lrclaw.com
Attorneys for Nomura Credit & Capital Inc. and XL Capital Assurance, Inc.

-and-

**KLETT ROONEY LIEBER & SCHORLING**

_/s/ Teresa K.D. Currier_

Teresa K.D. Currier (#3080)
1000 West Street, Ste. 1410
Wilmington, De 19801
T: (302) 552-4200
currier@klettrooney.com
Attorneys for Harris Nesbitt Corporation and Fairway Finance Corporation

-and-

**MAYER BROWN ROWE & MAW LLP**
Thomas Kiriakos, Esq.
190 South LaSalle Street
Chicago, IL 60603
Attorneys for Harris Nesbitt Corporation


It is so **ORDERED** this 27 day of July, 2005.

_/s/ Joseph J. Farnan_
Joseph J. Farnan, United States District Judge